IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                                               Criminal Action No.
                                                      19-00145-09-CR-W-DGK

YADER J. ARITA,

      Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: Count One:    Conspiracy to Distribute Methamphetamine and Heroin, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846
                                   Count Two:    Conspiracy to Commit Money Laundering, *in violation of* 18 U.S.C. §§ 1956(a)(1)(A)(i), (B)(i), (ii) and (h)
                                     Count Three:  Possession of Firearms and Drug Trafficking, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

          Criminal Forfeiture pursuant to 21 U.S.C. § 853

**TRIAL COUNSEL**:
        Government: Bruce Rhoades & Robert Smith
            Case Agent:    None
        Defense:    David Guastello

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   Standard Motions in Limine

**TRIAL WITNESSES**:
        Government:   12-13 with stipulations; 15 without stipulations
        Defense:        2 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
        Government:     25 exhibits
        Defense:         3 exhibits

**DEFENSES**:
      ( x )    defense of general denial
      (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      (   ) Definitely for trial         ( x ) Possibly for trial
      (   ) Motion to continue to be filed     (   ) Likely a plea will be worked out

**TRIAL TIME**:   **3 days**
      Government's case including jury selection: 2 ½ days
      Defense case: ½ days

**STIPULATIONS**:
      (   )    not likely
      (   )    not appropriate
      ( x )    possible as to:
            ( x )    chain of custody
            ( x )    chemist's reports
            ( x )    prior felony conviction
            (   )    interstate nexus of firearm
            ( x )    foundation

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

  **Witness and Exhibit Lists**:
  Government: July 5, 2022
  Defense: July 5, 2022
  **Counsel are requested to list witnesses in alphabetical order on their witness list.**

  **Exhibit Index, Voir Dire, Jury Instructions**:   July 5, 2022
  **Jury instructions must comply with Local Rule 51.1**

  **Motions in Limine**:   July 5, 2022

**TRIAL SETTING**: Criminal jury trial docket commencing July 18, 2022
  **Please note**: *The Government requests the first week of the docket due to witness availability. Defense counsel has a matter in the District of Kansas scheduled on July 20, 2022, which he believes could be continued.*

**OTHER**:
      ( x )    The Government will provide an interpreter for two of its witnesses.
      (   )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                                                                   */s/ Jill A. Morris*
                                                                                  JILL A. MORRIS
                                                                                  United States Magistrate Judge